# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL WILFORD BALL, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:17-cv-00207-LSC-SGC |
| LEON BOLLING, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a *pro se* petition for writ of habeas corpus filed by Paul Wilford Ball pursuant to 28 U.S.C. § 2254. (Doc. 1). On October 25, 2017, the magistrate judge entered a report recommending the petition be dismissed for failure to state a claim for federal habeas relief. (Doc. 6). Pursuant to Rule 11 of the *Rules Governing 2254 Proceedings*, the report further recommended denial of a certificate of appealability. (*Id.* at 5). On November 6, 2017, the petitioner filed objections. (Doc. 7). However, the petitioner's objections do not address any of the deficiencies noted in the report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendation, the court finds the petition is due to be dismissed for failure to state a claim for federal habeas relief. A certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** AND **ORDERED** ON November 14, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704